IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JOSEPH A HANNAH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:21-CV-555 |
| | ) | |
| FORSYTH COUNTY SHERIFF DEPARTMENT, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and the Clerk served the Recommendation on the plaintiff. No objections were filed. After consideration of the record, the Court hereby adopts the Magistrate Judge's Recommendation.

It is **ORDERED** that the plaintiffs' claims against defendants Kimbrough, Billy Warren, Richard Carleton and Robert E. Slater may proceed but the remainder of the claims in the complaint – against the Forsyth County Sheriff's Department and Wellpath Healthcare - are **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A for failing to state a claim upon which relief may be granted.

This the 12th day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE